Nevada Judiciary



 
 


 
 

 
 

 



 
 
 

 

 
 
 
 
 
 
 Nevada Appellate Courts | Administrative Office | Law Library | State of Nevada | Contact
 
 

 
 
 

 
 
 
 
 
 

 
 
 
 
 
 
 
  
 
 
 
 

 
  
 
 
 
 
 
 Mindful Images Photography
 
 
 
 
 
 

 
 

 

 
 
 
 
 


 
 
 
 Home
 
 
 Courts
 
 
 
 All Court Locations (Find a Court)
 Nevada Appellate Courts
 
 
 District Courts
 Justice Courts
 Municipal Courts
 
 
 
 
 
 Self Help
 
 
 
 Centers
 Clark County Civil Law Self-Help Center
 Clark County Family Law Self-Help Center
 Nevada Law Help
 Washoe County Family Law Self-Help Center
 Washoe County Legal Services
 
 
 Resources
 Nevada Legal Resources
 Native American Legal Resources
 Federal Legal Resources
 Resources Outside of Nevada
 
 Appellate Pro Bono Program
 
 
 Forms and Documents
 Nevada Self-Help Website
 
 
 Court Document Preparation
 Law Library 
 
 
 
 

 
 Legal Resources
 
 
 
 Library Resources
 Hein Online
 LexisNexis
 Nevada Law Library CD-ROM
 Westlaw
 
 
 Online Resources
 Nevada Legislative Histories
 Nevada Session Laws
 Nevada Appellate Court Opinions
 Administrative Docket Orders
 
 
 Legal Community
 Bar Assocations
 Court Rules
 Judicial Education Resources
 
 
 Court Resources
 Nevada Appellate Courts Clerk of Court
 District Court Clerks of Court 
 Judicial Dates of Office
 Judicial Directory
 
 
 
 

 
 Programs and Services
 
 
 
 Judicial Programs
 Court Improvement Program
 Court Interpreter Program
 
 FMP Mediator Program
 Guardianship Compliance Office
 Judicial Council
 Judicial Education
 Senior Justice/Judge Program
 FMP Mediator Program
 Settlement Program
 Specialty Courts
 
 
 Commissions and Committees
 Access to Justice Commission
 Blue Ribbon for Kids Commission
 Commission on Statewide Rules of Criminal Procedure
 Commission to Study Evidence-Based Pretrial Release
 Committee to Study Child Custody Reform
 Guardianship Commission
 Indigent Defense Commission
 Judicial Selection Commission
 Juvenile Justice Reform
 Preservation, Access, and Sealing of Court Records Commission
 Nevada Rules of Civil Procedure Commission
 
 
 
 
 
 About the Judiciary
 
 
 
 The Nevada Judiciary
 Nevada Supreme Court
 Nevada Court of Appeals
 District Courts
 Justice Courts
 Municipal Courts
 
 
 Annual Report
 Appellate Court History
 Nevada Judicial History Database
 State of the Judiciary
 Codes of Conduct
 
 
 Appellate Court News
 Media Resources
 Frequently Asked Questions
 
 
 
 
 

 
 

 
 


 

 




 
 

 
 
 
 
 
 

 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 E-Payments
 
 Judicial Education
 
 Fraud Hotline
 
 
 
 
 
 

 
 
 
 How Do I?
 
 
 File a Document
 Find an Attorney
 Find a Case
 Find a Court
 Pay a Traffic Ticket
 Represent Myself
 Research Legal Issues
 Work for the Judiciary
 
 
 Frequently Asked Questions
 
 
 
 
 Quick Links
 
 
 Court Rules
 Court Statistics
 Documents and Forms
 Interpretive Services
 Judicial Directory
 Jury Service
 Law Library
 Nevada Self-Help Website
 
 
 Programs and Services
 
 
 
 



 
 
 
 
 Find a Court
 
 






 





 
 

 
 
 
 Events Calendar
 
 

 
 
 
 Public Meetings
 
 
 
 
 
 
 Indigent Defense Commission
 
 7/26/2018 1:30:00 PM
 
 
 
 
 Specialty Court Funding Committee
 
 7/27/2018 1:00:00 PM
 
 
 
 
 Permanent Guardianship Commission Meeting
 
 7/30/2018 9:30:00 AM
 
 
 
 
 
 
 
 
 All Public Meetings
 
 
 
 
 Educational Events
 
 
 
 
 
 
 Nevada Specialty Court 2018 Conference
 
 11/7/2018 12:00 AM
 
 
 
 
 Nevada Specialty Court 2018 Conference
 
 11/8/2018 12:00 AM
 
 
 
 
 Nevada Specialty Court 2018 Conference
 
 11/9/2018 12:00 AM
 
 
 
 
 
 
 
 
 All Educational Events

 
 

 
 
 
 
 

 

 
 
 
 News and Media
 
 
 
 
 
 
 RFQ 2018-01 Judicial Branch Statewide MAS Audits - Qualifying Firms
 
 
 6/26/2018 3:34:16 PM
 
 
 
 
 Funding of the Nevada Judiciary
 
 
 6/4/2018 2:17:58 PM
 
 
 
 
 Funding of the Nevada Judiciary
 
 
 6/4/2018 2:17:58 PM
 
 
 
 
 More News and Media
 
 

 


 
 
 
 

 
 
 
 
 Connect with us
 
 
 
 email
 
 rss
 
 
 
 
 Site Search
 
 

 
 

 
 
 
 
 

 

 
 
 Privacy Policy | Back to Top ↑